UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN BOWEN, JR., | ) | CASE NO. 5:17-cv-679 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | OPINION AND ORDER |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| DEFENDANT. | ) | |

Before the Court is the parties' joint motion to remand this case to the Commissioner of Social Security for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). (Doc. No. 22.) The joint motion states that:

> Upon remand, the Commissioner will vacate the findings in the administrative law judge's decision, conduct further proceedings, and develop the administrative record as necessary to determine anew whether Plaintiff is disabled within the meaning of the Social Security Act. Upon remand, the Appeals Council will instruct the administrative law judge to update the record and reconsider Plaintiff's symptoms and residual functional capacity in light of later submitted evidence.

(*Id.*)

The motion is granted. The Commissioner's decision is reversed and this matter is remanded for further proceedings consistent with the relief requested in the motion, as set forth above.

**IT IS SO ORDERED**.

Dated: October 11, 2017

                                                    **HONORABLE SARA LIOI**
                                                    **UNITED STATES DISTRICT JUDGE**